IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIKE ALLEN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KRAIG KNOWLTON, Director of )<br>Personnel Services, Kansas Department )<br>of Administration; Angie Krahe, )<br>    Defendants )<br>_____ ) | Case No. 2:22-cv-04049-EFM-KGG |

### NOTICE OF WITHDRAWAL OF APPEARANCE

COMES NOW Carrie A. Barney, Assistant Attorney General, pursuant to D. Kan. Rule 83.5.5(b), and hereby withdraws as counsel of record for the defendants  Assistant Attorney General Stanley R. Parker will continue to represent the defendants in this case.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Carrie A. Barney*
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-6695
Fax:    (785) 291-3767
Email: carrie.barney@ag.ks.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record, and was served on defendants by email, and on Plaintiff by US Mail, postage prepaid as follows:

Mike Allen
1301 S. Ida St.
Wichita, KS  67211
*Plaintiff Pro se*

                                       */s/ Carrie A. Barney*
                                       Carrie A. Barney